```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LOADHOLT, *on behalf of himself and all others similarly situated*,

          Plaintiff,

-against-

ARTESANOS DESIGN COLLECTION, LLC

          Defendant.

1:22-cv-07419-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    A review of court records indicates that the Complaint in this action was filed on August 30, 2022, and that no proof of service has been filed. [ECF No. 1.] Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

    The plaintiff is directed to serve the defendants and file proof of service on the docket on or before January 3, 2023. If service has not been made on or before that date, and if plaintiff fails to show cause, in writing, why service has not been made, the complaint will be dismissed for failure to prosecute pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: **December 1, 2022**
      **New York, NY**

*/s/ Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**